# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 6, 2015

Robert P. Young, Jr.,
Chief Justice

150309(118)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

JOSEPH WHITE,
        Plaintiff-Appellant,

v

SC: 150309
COA: 314990
Wayne CC: 11-011126-CZ

DETROIT EAST COMMUNITY MENTAL
HEALTH, M. SNOWDEN, SHIRLEY CALHOUN,
D. STERRETT, and GATEWAY COMMUNITY
HEALTH PROVIDER,
        Defendants-Appellees.
_____/

       On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply in support of the application for leave to appeal is GRANTED in part. The reply submitted on January 2, 2015, is accepted for filing. On further order of the Chief Justice, the plaintiff-appellant's request for a 60-day delay to allow him to hire a new attorney and conduct additional discovery is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 6, 2015

